**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF ALABAMA**
**SOUTHERN DIVISION**

| | | |
|---|---|---|
| VANESSA H. MOORE, as | ) | |
| Administratrix of the Estate of | ) | |
| JOHNNY J. MOORE, Jr., | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Civil Action No. 14-381-KD-N |
| | ) | |
| FRESENIUS MEDICAL CARE | ) | |
| HOLDINGS, INC. d/b/a FRESENIUS | ) | |
| MEDICAL CARE NORTH AMERICA, | ) | |
| et al., | ) | |
| | ) | |
| Defendants. | ) | |

## ORDER

After due and proper consideration of the issues raised, and there having

been no objections filed, the recommendation of the Magistrate Judge made under

28 U.S.C. § 636 and dated September 30, 2014 is **ADOPTED** as the opinion of this

Court. Accordingly, the Motion to Remand is **DENIED**.

**DONE** this 27th day of October 2014.


s/ Kristi K. DuBose
KRISTI K. DuBOSE
UNITED STATES DISTRICT JUDGE